2/9/22, 6:37 PM  Amazon.com: Emoji Flannel Fleece Blanket Emoticon Smiling Face Throw Blanket Novelty Blanket Yellow Pom Poms Fringe Plush Blanket Ultra Soft Comfy Throws for Bed Sofa Couch (60",Emoji)…

Case: 1:22-cv-03652 Document #: 56-1 Filed: 09/30/22 Page 1 of 19 PageID #:3623












| CafePress Emoji Upside Down Smiling Face Throw Blanket Soft Fleece Throw Blanket,... | Emoji Super Soft Fleece Throw Blanket (Monkey) | Emoji Artist Life Hashtag Throw Blanket | CafePress Sleeping Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadium B... | CafePress Winky Tongue Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadi... | Velvet Emoji Fleece Plush Throw Blanket, Super Soft Large Oversized Cozy... |
|---|---|---|---|---|---|
| Fleece • Solid Pattern | 100% Polyester • Print Pattern | | 100% Polyester • Solid Pattern | Fleece • Solid Pattern | ★★★★½ 188 |
| $49.99 | ★★★★ 7  $9.99 prime | $49.99 | $49.99 | $49.99 | $24.45 prime |

**4 stars and above**  Page 1 of 28

Sponsored ⓘ








| Velvet Emoji Fleece Plush Throw Blanket, Super Soft Large Oversized Cozy... | BLUBLU Cute Panda Flannel Fleece Bed Blanket Throw Blanket Lightweight Cozy... | Delerain Red Watermelon Soft Throw Blanket 40"x50" Lightweight Flannel... | Dean Russo Perfect World Every Dog Has a Home Super Soft Plush Fleece Throw Blanket | Emoji Sleeping Face Emoticon Cushion Stuffed Plush Soft Pillow, Official... | Super Soft Plush Fleece Throw Blanket by Dean Russo (Unicorn) |
|---|---|---|---|---|---|
| ★★★★½ 188 | Flannel | | Fleece • Floral Pattern | ★★★★½ 4,372 | Fleece |
| $24.45 prime | ★★★★ 1,154  $24.97 prime | ★★★★½ 319  $21.99 | ★★★★½ 4,062  $19.99 prime | $12.99 prime | ★★★★★ 1,365  $19.99 prime |

**Have a question?**

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

**Product Description**

### Emoji Flannel Fleece Blanket(Diameter 60 inches)



**Cute Smiling Face Blanket**

Round emoji face design, yellow pom pom fringe were served around the blanket,which increased the fun of the bed flannel blanket.Trust me, this funny blanket will be the focus of your holiday decoration.

2/9/22, 6:37 PM  Amazon.com: Emoji Flannel Fleece Blanket Emoticon Smiling Face Throw Blanket Novelty Blanket Yellow Pom Pom Fringe Plush Blanket Ultra Soft Comfy Throws for Bed Sofa Couch (60",Emoji)...

Case 1:22-cv-03652 Document #: 56-1 Filed 09/30/22 Page 2 of 19 PageID #:3624

2/9/22, 6:37 PM       Amazon.com: Emoji Flannel Fleece Blanket Emoticon Smiling Cute Throw Blanket Novelty Blanket Yellow Pom Poms Fringe Plush Blanket Ultra Soft Comfy Throws for Bed Sofa Couch (60",Emoji)…

Case 1:22-cv-03652 Document #: 56-1 Filed: 09/30/22 Page 3 of 19 PageID #:3625



**Washing Instructions**

Machine wash in cold water, gentle cycle, tumble dry on low when needed. Avoid direct heat. Put the toast bread blanket in laundry bag and washing on the gentle setting.

Warm Tip: Please wash this flannel blanket before the first use.





## Product information

| | |
|---|---|
| Package Dimensions | 10 x 8 x 1 inches |
| Item Weight | 1.32 pounds |
| Manufacturer | Bedorm |
| ASIN | B09PH1VMDW |
| Date First Available | December 31, 2021 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please **click here**

**Feedback**

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

[Upload video]

## Products related to this item
Sponsored
Page 1 of 20


**Pizza Emoji Pattern Throw Blanket**
★★★☆☆ 9
$49.99


**CafePress Ghost Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadium Blanket**
Fleece • Solid Pattern
★★★★★ 1
$49.99


**CafePress Sleeping Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadium B...**
100% Polyester • Solid Pattern
$49.99


**CafePress Winky Tongue Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadi...**
Fleece • Solid Pattern
$49.99


**CafePress Pizza Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadium Blanket**
Fleece • Solid Pattern
$49.99


**CafePress Avocado Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadium Bl...**
Fleece • Solid Pattern
$49.99

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

5 star  0%
4 star  0%

| | | |
|---|---|---|
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

#### Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions     Page 1 of 8

     

**Better Homes & Gardens**
★★★★☆ 12,445
Print Magazine
Limited time deal
$5.00
($0.42/issue) $47.88 (90% off)

**New York Magazine**
★★★★☆ 650
Print Magazine
$15.00 ($1.15/issue)

**Prevention**
★★★★☆ 2,780
Print Magazine
$15.00 ($1.25/issue)

**National Geographic Magazine**
★★★★★ 98
Print Magazine
$12.00 ($2.00/issue)

**Town & Country**
★★★★☆ 23,588
Print Magazine
Limited time deal
$7.50
($0.75/issue) $69.90 (89% off)

**Real Simple**
★★★★☆ 683
Print Magazine
$7.00 ($1.17/issue)

## Recommended based on your shopping trends     Page 1 of 3

Sponsored

     

**Unicorn Emoji Throw Blanket**
★★★★☆ 20
$49.99 prime

**Pizza Emoji Pattern Throw Blanket**
★★★☆☆ 9
$49.99 prime

**Pizza Binge Naps Emoji Throw Blanket**
★★★★★ 2
$49.99 prime

**CafePress Ghost Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadium Blanket**
★★★★★ 1
$49.99 prime

**CafePress Sleeping Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadium Blanket**
$49.99 prime

**CafePress Pizza Emoji Throw Blanket Soft Fleece Throw Blanket, 60"x50" Stadium Blanket**
$49.99 prime

### Your Browsing History  View or edit your browsing history



---

Back to top

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Secured Card
- Amazon Business Card
- Amazon Business Line of Credit
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

2/9/22, 6:37 PM    Amazon.com: Emoji Flannel Fleece Blanket Emoticon Smiling Novelty Blanket Yellow Pillow Gems Fringe Plush Blanket Ultra Soft Comfy Throws for Bed Sofa Couch (60",Emoji)…

Case: 1:22-cv-03652 Document #: 56-1 Filed: 09/30/22 Page 6 of 19 PageID #:3628





1 result for **"emoji"**

Sort by: Featured

## RESULTS



Emoji Flannel Fleece Blanket Emoticon Smiling Face Throw Blanket Novelty Blanket Yellow Pom Poms Fringe Plush Blanket Ultra Soft Comfy Throws f...

$32.99

FREE Shipping by Amazon

### NEED HELP?

Visit the help section or contact us

## Deals in magazine subscriptions

Page 1 of 8

     

**National Geographic Magazine** — 8,606 — Print Magazine — Limited time deal — $24.00 ($2.00/issue) $95.88 (75% off)

**Country Living** — 4,297 — Print Magazine — Limited time deal — $6.00 ($0.60/issue) $49.90 (88% off)

**Real Simple** — 683 — Print Magazine — $7.00 ($1.17/issue)

**Reminisce** — 2,288 — Print Magazine — Limited time deal — $6.00 ($0.86/issue) $35.00 (83% off)

**EatingWell** — 303 — Print Magazine — $5.00 ($1.00/issue)

**Taste of Home** — 366 — Print Magazine — $6.00 ($2.00/issue)

## Products related to this search
Sponsored

      

**Drawstring Backpack Bulk Cinch Bag Kids Nylon String Backpack String Bag 16 Colors** — 881 — $16.99

**BeYumi Marble Fidget Toys (40 PCS) - Relieve Stress, Increase Focus, Soothing Marble and Mesh Fidgets for** — 626 — $16.99

**MR.SIGA Toilet Plunger and Bowl Brush Combo for Bathroom Cleaning, Gray, 2 Sets** — 2,397 — $37.99

**Pink Emoji Throw Blanket, Adorable Soft Large Fluffy Lightweight Emoticon Blanket for Girls and Boys, Toddlers** — 167 — $24.45

**12 Pcs Prefilled Easter Eggs with Fierce Animal Building Blocks for Easter Eggs Hunt, Easter Basket Stuffers/Fillers,** — 31 — $22.99

**JOYIN 36 PCS Make-a-face Sticker Sheets Make Your Own Animal Mix and Match Sticker Sheets with Safaris, Sea and** — 1,739 — $16.99

**Poop Emotion Blanket Warm Micro Fleece Bl Bed Couch Livi** — 3 — $23.99

## Your Browsing History — View or edit your browsing history



---

Back to top

### Get to Know Us
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices

### Make Money with Us
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business

### Amazon Payment Products
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Secured Card
- Amazon Business Card
- Amazon Business Line of Credit
- Shop with Points

### Let Us Help You
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime

Select Shipping Options - Amazon.com Checkout



## Choose your shipping options

Continue

---

**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: ▮▮▮▮ ▮▮▮▮▮▮▮▮ 1851 TOWER DR, GLENVIEW, IL, 60026-7783 United States

- **Emoji Flannel Fleece Blanket Emoticon Smiling Face Throw Blanket Novelty Blanket Yellow Pom Poms Fringe Plush Blanket Ultra Soft Comfy Throws for Bed Sofa Couch (60",Emoji)**
  **$32.99** - Quantity: 5
  Sold by: Bedorm

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

> Good news ▮▮▮▮▮▮, we're giving you a 30-day FREE trial of Prime

○ **Tuesday, April 5 - Wednesday, April 6**
FREE Prime Delivery with a free trial of 

○ **Saturday, April 9 - Sunday, April 10**
FREE Shipping

● **Wednesday, April 6 - Thursday, April 7**
$9.83 - Shipping

○ **Tuesday, April 5 - Wednesday, April 6**
$13.29 - Shipping

Continue

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc.



**amazon.com**

## Details for Order #112-0262941-2150621

*Print this page for your records.*

**Order Placed:** February 9, 2022
**Amazon.com order number:** 112-0262941-2150621
**Order Total:** $92.93

### Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Emoji Flannel Fleece Blanket Emoticon Smiling Face Throw Blanket Novelty Blanket Yellow Pom Poms Fringe Plush Blanket Ultra Soft Comfy Throws for Bed Sofa Couch (60",Emoji)*<br>Sold by: Bedorm (seller profile)<br>Condition: New | $32.99 |

**Shipping Address:**
1851 TOWER DR
GLENVIEW, IL 60026-7783
United States

**Shipping Speed:**
Standard Shipping

### Payment information

**Payment Method:**
MasterCard | Last digits:

**Billing address**
1851 TOWER DR
GLENVIEW, IL 60026-7783
United States

Item(s) Subtotal: $76.97
Shipping & Handling: $8.46
-----
Total before tax: $85.43
Estimated tax to be collected: $7.50
-----
**Grand Total: $92.93**

To view the status of your order, return to *Order Summary*.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates








**Special offers and product promotions**

- Save on COVID-19 supplies for organizations on the front lines. **Learn more »**

- Your cost could be **$0.00** instead of **$29.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. **Apply now**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

3/9/22, 12:57 PM   Amazon.com: Emoji Blanket Yellow Smile Emoji Blanket Cozy Lightweight Flannel Fleece Room Blanket Roundness Ultra Soft Emotion Blanket for Kids Teens and Adults(Diameter 60inches, Em…

Case 1:22-cv-03652 Document #: 56-1 Filed: 09/30/22 Page 13 of 19 PageID #:3035

## What's in the box
- 1 Blanket

## Product Description

**Funny Food Throw Blanket**
**Size**
Diameter 60 inches (Diameter 152cm )
**Material**
Made of 100% microfiber polyester flannel , which is soft, warm,cozy and lightweight. It can be used for all seasons.

**Versatile Use**
Can be used for bed,sofa, pet and travel, can wrap ourselves to enjoy movie on the couch ,indoor or outdoor travelling beach and airplane blanket etc.

**Novelty Design**
Inspired by our snacks food, realistic design, circular shape, amazing touch, brings you ultra soft experience and warmth.

**Easy Care**
Machine wash in cold water ,gentle cycle, tumble dry low. Avoid direct heat.
Tip: It is better to wash before first time use,hang dry if you want to keep the sherpa side extra fluff.

## Product information

| Package Dimensions | 8 x 8 x 1 inches |
|---|---|
| Item Weight | 9.6 ounces |
| Manufacturer | Hollywin Textile Co.,Ltd |
| ASIN | B09PG9P15F |
| Date First Available | December 30, 2021 |

**Warranty & Support**
Product Warranty: For warranty information about this product, please click here

**Feedback**
Would you like to tell us about a lower price?

## Videos
Help others learn more about this product by uploading a video!

Upload video

## Products related to this item
Page 1 of 2
Sponsored

     

OHill 60 Pack Mini Plush Emoticon Keychain Mini Pillows Key Ring for Birthday Event… 496 $28.97 prime

Tache Kids Squishy Micro Bead so Happy Smiley Face Emoji Throw Pillow Cushion Orange 16 $29.61

Emoticon Smiling Faces Wall Decal Stickers. #6052 (6 inch Emoticon Faces) 341 $19.99

200 Raining Emoticons Wall Decal Sticker. Great Party Favors and for Kid's Room. #6093 67 $29.95

Angry Emoji Magnet Decal Perfect for Car or Truck 3 $6.99 prime

Sleeping ZZZ Emoji Magnet Decal Perfect for Car or Truck 3 $6.99 prime

Sponsored

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

- 5 star  0%
- 4 star  0%
- 3 star  0%
- 2 star  0%
- 1 star  0%

How are ratings calculated?

### Review this product
Share your thoughts with other customers

Write a customer review

---

Sponsored

### Inspired by your recent shopping trends    Page 1 of 15


Valerian Luxury Velvet Super Soft Light Weight Blanket Prints Fleece Year Round Home Dec…
2,039
Amazon's Choice in Bed Throws
$14.99
Get it as soon as Sunday, Mar 13
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order…


Ultra Soft Corgi Lovers Blanket | I Love My Corgi Blanket | Plush Sherpa Blanket for Kids and Adults Warm Cozy Fuzzy Throw Blanket for Bed…
609
$25.99


Personalized Custom Corgi Fleece and Sherpa Throw Blanket for Men Women Kids Babies - Blankets Perfect for Bedtime Bedding or as…
27
$25.00


Cute Pig Flannel Blanket for Girl Boy I Just Really Like Pigs Fleece Throw Blanket Super Soft Cozy Plush Fuzzy Pink…
2
$22.99
Get it as soon as Sunday, Mar 13
FREE Shipping on orders over $25 shipped by Amazon
Only 13 left in stock - orde…


Lokapala Multi-Styles,Just Really Like Pigs Ok Cute Pink Piggy Throw Blanket Quilt Bedspread Fleece Flannel Soft Couch…
37
2 offers from $24.99


Cute Pig Cozy Soft Flannel Blanket Luxury Fleece Bed Blanket Throw Blanket Lightweight for Sofa…
33
$23.99
Get it as soon as Sunday, Mar 13
FREE Shipping on orders over $25 shipped by Amazon

---

Sponsored

### Best Sellers in Kitchen & Dining    Page 1 of 8


BlenderBottle Classic V2 Shaker Bottle Perfect for Protein Shakes and Pre Workout, 20-Ounce, Black
54,459
#1 Best Seller in Kitchen & Dining
$8.77-$26.82


GreaterGoods Digital Food Kitchen Scale, Multifunction Scale Measures in Grams and Ounces (Ash Grey)
126,665
#1 Best Seller in Digital Kitchen Scales
$13.88-$19.95


KitchenAid Classic Multifunction Can Opener / Bottle Opener, 8.34-Inch, Almond Cream
54,145
#1 Best Seller in Manual Can Openers
$12.73-$28.74


DASH DMW001AQ Mini Maker for Individual Waffles, Hash Browns, Keto Chaffles with Easy to Clean, Non-Stick…
195,560
#1 Best Seller in Waffle Irons
$9.99-$38.99


Etekcity Food Kitchen Scale, Digital Grams and Ounces for Weight Loss, Baking, Cooking, Keto and Meal Prep, Medium, 304 Stainless Steel
95,661
$9.99-$28.73


Amazon Basics Stainless Steel Digital Kitchen Scale with LCD Display, Batteries Included
43,449

Amazon's Choice in Digital Kitchen Scales
$9.59
Get it as soon as Sunday, Mar 13
FREE Shipping on orders over $25 shipped by Amazon

3/9/22, 12:57 PM    Amazon.com: Emoji Blanket Yellow Snow Emoji Plush Blanket Cozy Lightweight Flannel Fleece Room Blanket Cuddle Soft Snow Emoticon Blanket for Kids Teens and Adults(Diameter 60inches, Em…

Case 1:22-cv-03652 Document #: 56-1 Filed: 09/30/22 Page 15 of 19 PageID #:3037

## Deals in magazine subscriptions    Page 1 of 8








**Better Homes and Gardens**
★★★★☆ 649
Print Magazine
$5.00 ($0.83/issue)

**Food Network Magazine**
★★★★☆ 11,986
Print Magazine
DEAL OF THE DAY
$4.50
($0.56/issue) $45.00 (90% off)
Ends in 03:01:59

**Food Network Magazine**
★★★★☆ 620
Print Magazine
$6.00 ($1.50/issue)

**Better Homes & Gardens**
★★★★☆ 12,598
Print Magazine
DEAL OF THE DAY
$3.75
($0.31/issue) $47.88 (92% off)
Ends in 03:01:59

**Good Housekeeping**
★★★★☆ 331
Print Magazine
$6.00 ($1.00/issue)

**This Old House**
★★★★☆ 1,822
Print Magazine
Limited time deal
$5.00
($1.25/issue) $49.90 (90% off)
Ends in 23 days

## Your Browsing History  View or edit your browsing history    Page 1 of 5












---

### Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

Amazon | Deliver to Naperville 60564 | MOVE OVER | emoji | Hello, Account & Lists | Returns & Orders | 0

All | Amazon Basics | Pet Supplies | Beauty & Personal Care | Shopper Toolkit | Coupons | Health & Household | Fashion | Find a Gift | Home Improvement | Amazon Launchpad

1 result for **"emoji"**    Sort by: Featured

**RESULTS**



Emoji Blanket Yellow Smile Emoji Blanket Cozy Lightweight Flannel Fleece Round Blanket 60 Inches Ultra Soft Emoticon Blanket for Kids Teens and…

$29.99

Get it as soon as **Thu, Mar 10**
FREE Shipping by Amazon
**Only 4 left in stock - order soon.**

**NEED HELP?**

Visit the help section or contact us

sponsored

### Recommended based on your browsing history
Page 1 of 3
Sponsored

     

- **Poop Emoji Sticker for Scrapbooking, Calendars, Arts, Kids DIY Crafts, Album, Bullet Journals 50 Pack** — 124 — $6.95 prime
- **Poop Emoji Smiling Sticker for Scrapbooking, Calendars, Arts, Kids DIY Crafts, Album, Bullet Journals 50 Pack** — 11 — $6.95 prime
- **Rainbow Poop Pixelated Design Sticker for Scrapbooking, Calendars, Arts, Kids DIY Crafts, Album, Bullet…** — 1 — $6.95 prime
- **Sweetzer & Orange Reward Stickers for Teachers. 1008 Stickers for Kids in 9 Designs. 1 Inch School Stickers on…** — 1,373 — $9.99 prime
- **Smile Face Stickers - Happy Face Stickers Circle Dots Stick Labels, Reward Stickers for Kids, 500 Pieces per Roll** — 92 — $7.99 prime
- **144 2" Temporary Emoji Tattoos - 16 Assorted Emoticon Styles - Fun Gift, Party Favors, Party Toys, Goody Bag Favors** — 525 — $7.98 prime

### Deals in magazine subscriptions

     

- **Food Network Magazine** — 11,986 — Print Magazine — DEAL OF THE DAY — $4.50 ($0.56/issue) $45.00 (90% off) — Ends in 03:01:05
- **Food Network Magazine** — 620 — Print Magazine — $6.00 ($1.50/issue)
- **Real Simple** — 15,903 — Print Magazine — DEAL OF THE DAY — $3.75 ($0.31/issue) $71.88 (95% off) — Ends in 03:01:05
- **Martha Stewart Living** — 9,997 — Print Magazine — DEAL OF THE DAY — $3.75 ($0.38/issue) $49.90 (92% off) — Ends in 03:01:05
- **Prevention** — 2,783 — Print Magazine — Limited time deal — $13.50 ($1.13/issue) $59.88 (77% off) — Ends in 23 days
- **AllRecipes** — 635 — Print Magazine — $5.00 ($0.83/issue)

### Your Browsing History — View or edit your browsing history

     

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | | | |

  

## Choose your shipping options

**Continue**

---

**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: ▮ 28W700 PERKINS CT, NAPERVILLE, IL, 60564-9579 United States

- Emoji Blanket Yellow Smile Emoji Blanket Cozy Lightweight Flannel Fleece Round Blanket 60 Inches Ultra Soft Emoticon Blanket for Kids Teens and Adults(Diameter 60inches, Emoji)
  **$29.99** - Quantity: 4
  Sold by: MOVE OVER

Change quantities or delete

**Amazon Locker is available**
20 pickup locations near you

**Choose a delivery option:**

> **Good news ▮, we're giving you a 6-month trial of Prime Student**

○ **Thursday, Mar. 10 - Sunday, Mar. 13**
FREE Prime Delivery with a free trial of 

○ **Monday, Mar. 14 - Tuesday, Mar. 15**
FREE Shipping

● **Saturday, Mar. 12 - Sunday, Mar. 13**
$9.26 - Shipping

○ **Thursday, Mar. 10 - Sunday, Mar. 13**
$12.63 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc.



## Review your order

ⓘ  Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

| | | | |
|---|---|---|---|
| **Shipping address** *Change* | **Payment method** *Change* | **Add a gift card, promotion code, or voucher** | |
| ▮ | 🟦VISA ending in ▮ | [Enter Code]   [Apply] | |
| 28W700 PERKINS CT | | | |
| NAPERVILLE, IL 60564-9579 | **Billing address** *Change* | | |
| United States | Same as shipping address | | |
| Phone: ▮ | | | |
| Add delivery instructions | | | |
| Ship to multiple addresses | | | |
| 🟧 Or try Amazon Locker | | | |
|     20 locations near this address ▾ | | | |

**Order Summary**

Items (4):                         $119.96
Shipping & handling:                 $9.26

Total before tax:                  $129.22
Estimated tax to be collected:       $9.28

**Order total:                     $138.50**

[ Place your order ]

By placing your order, you agree to Amazon's *privacy notice* and *conditions of use*.

How are shipping costs calculated?

---

**Save $9.26 instantly**   ▮, we're giving you a 6-month trial of Prime Student, courtesy of Sprint.

*prime student*

✓ Fast, FREE Delivery
✓ Student deals and exclusive promotions
✓ Endless entertainment and so much more!

[ Try Prime Student → ]
No commitments. Cancel anytime.

*Not a student? Try Prime.*

---

**Estimated delivery:  Mar. 12, 2022 - Mar. 13, 2022**



Emoji Blanket Yellow Smile Emoji Blanket Cozy Lightweight Flannel Fleece Round Blanket 60 Inches Ultra Soft Emoticon Blanket for Kids Teens and Adults(Diameter 60inches, Emoji)

**$29.99** & *FREE Returns* ▾
Amazon Prime eligible  *Join now*
**Quantity:** 4  *Change*
Sold by: MOVE OVER

[ 🎁 Add a gift receipt ]
and see other gift options

**Choose a delivery option:**

○ **Thursday, Mar. 10 - Sunday, Mar. 13**
   FREE Prime Delivery
   with your trial of *prime student*

○ **Monday, Mar. 14 - Tuesday, Mar. 15**
   FREE Shipping

◉ **Saturday, Mar. 12 - Sunday, Mar. 13**
   $9.26 - Shipping

○ **Thursday, Mar. 10 - Sunday, Mar. 13**
   $12.63 - Shipping

---

*Why has sales tax been applied?  *See tax and seller information*

Do you need help? Explore our *Help pages* or *contact us*

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: *Important information regarding sales tax you may owe in your State*

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's *Returns Policy*

Go to the *Amazon.com homepage* without completing your order.

---

*Conditions of Use* | *Privacy Notice* © 1996-2022, Amazon.com, Inc.

# amazon.com

## Details for Order #111-5621759-6482631
Print this page for your records.

**Order Placed:** March 8, 2022
**Amazon.com order number:** 111-5621759-6482631
**Order Total:** $118.77

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Emoji Blanket Yellow Smile Emoji Blanket Cozy Lightweight Flannel Fleece Round Blanket 60 Inches Ultra Soft Emoticon Blanket for Kids Teens and Adults(Diameter 60inches, Emoji)*<br>Sold by: MOVE OVER (seller profile)<br><br>Condition: New | $29.99 |

**Shipping Address:**
28W700 PERKINS CT
NAPERVILLE, IL 60564-9579
United States

**Shipping Speed:**
Standard Shipping

### Payment information

**Payment Method:**
MasterCard | Last digits:

**Billing address**
28W700 PERKINS CT
NAPERVILLE, IL 60564-9579
United States

| | |
|---|---:|
| Item(s) Subtotal: | $102.50 |
| Shipping & Handling: | $8.33 |
| | ----- |
| Total before tax: | $110.83 |
| Estimated tax to be collected: | $7.94 |
| | ----- |
| **Grand Total:** | **$118.77** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates