UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Emoji Company GmbH

Plaintiff,

v.

Case No.: 1:22−cv−03652

Honorable Nancy L. Maldonado

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 10, 2023:

MINUTE entry before the Honorable Nancy L. Maldonado: Pursuant to Plaintiff's notice of voluntary dismissal, Defendants No. 57 (Bedorm) and No. 116 (Move Over) are dismissed with prejudice. Each party to bear its own costs and fees. In light of the dismissal, the remaining portion of Plaintiff's motion for entry of a preliminary injunction which covered Defendants Move Over and Bedorm [35] is denied as moot, and Defendants Move Over and Bedorm's motion to dismiss is [46] is also denied as moot. Plaintiff having indicated that these were the only two defendants remaining in this case, see [56] at 1, this civil case is terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.